UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DWAYNE LUCAS

    Plaintiff,

v.

KAREN BROWN, et al.,

    Defendants.

Case No. 16-cv-05612 NC (PR)

**ORDER OF TRANSFER**

    Plaintiff, a California state inmate at Kern Valley State Prison ("KVSP") located in Delano, California, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 against officials at KVSP and the Deputy Director of Policy and Risk Management Services ("PRMS") located in Elk Grove, California. Delano is located in Kern County, which is within the venue of the Eastern District of California. <u>See</u> 28 U.S.C. § 84(b). Elk Grove is in Sacrament which is also within the venue of the Eastern District of California. <u>Id.</u> There is no allegation that defendants reside, or that any of the events or omissions giving rise to the complaint occurred, in the Northern District. Venue therefore is proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the

Case No. 16-cv-05612 NC (PR)
ORDER OF TRANSFER

1

transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

DATED: 11/18/2016

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-05612 NC (PR)
ORDER OF TRANSFER

2